■ HARRY KERNER, Appellant, v. ARTHUR R. KALEKO et al., Respondents. — In an action to recover for moneys had and received for plaintiff's use and to recover damages for conversion, plaintiff appeals from an order of the Supreme Court, Nassau County, dated and entered May 17, 1962, which denied his motion, made pursuant to rule 301 of the Rules of Civil Practice, for leave to discontinue the action. On a prior appeal, an order (and the judgment thereon), granting the motion of defendants Robert Kaleko and Jerome Kaleko for summary judgment was reversed and the judgment vacated (15 A D 2d 677). Order of May 17, 1962 affirmed, with $10 costs and disbursements. (See *Kerner* v. *Kaleko*, 18 A D 2d 810.) No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ HARRY KERNER, Appellant, v. ARTHUR R. KALEKO et al., Respondents. — In an action to recover for moneys had and received for plaintiff's use and to recover damages for conversion, plaintiff appeals from an order of the Supreme Court, Nassau County, dated September 17, 1962, which granted defendants' motion to punish him for contempt of court by reason of his refusal and neglect to testify at his pretrial examination and otherwise to obey a subpoena served upon him in connection with such examination. Order

affirmed, with $10 costs and disbursements. The stay heretofore granted by order of this court, dated October 4, 1962, is vacated. Plaintiff's time within which to purge himself of the contempt is extended to February 1, 1963, or to such other date as may be mutually fixed by written stipulation of the parties. No opinion. (See *Kerner* v. *Kalcko*, 18 A D 2d 810.) Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.